**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7140**

ANTON THURMAN MCALLISTER,

Plaintiff - Appellant,

v.

WELLPATH HEALTH CARE; ELI LILLY AND COMPANY; DOCTOR
CUNNINGHAM; DOCTOR BASHOLM; MRS. WILLIAMS; ROCKY JOYNER;
MAJOR R. E. SLATER; CAPTAIN C. WARREN; FORSYTH COUNTY
SHERIFF'S DEPARTMENT; FORSYTH COUNTY COUNCIL; HIG CAPITAL
EQUITY FIRM; DR. ALAN RHOADES; BOBBY KIMBROUGH,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro. Catherine C. Eagles, District Judge. (1:19-cv-01034-CCE-LPA)

Submitted: October 22, 2020                     Decided: October 27, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anton Thurman Mcallister, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anton Thurman Mcallister seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing the majority of the claims raised in Mcallister's civil complaint. The court, however, explicitly allowed several of Mcallister's claims related to the alleged deliberate indifference to medical needs to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Mcallister seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Mcallister's motion to amend the case caption and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*